**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00013-CDB |
| Plaintiff, | CVB Violation E2091198 / CA14 |
| v. | ORDER TO REFUND OVERPAYMENT |
| YOLANDA OATS, | (Doc. 4) |
| Defendant. | |

Defendant, Yolanda Oats, was issued Violation Notice E2091198 with a total collateral due of $516.00. On January 30, 2025, Defendant paid the full amount of $516.00, and the Court accepted the $516.00 as payment in full and closed the case.

At Defendant's initial appearance, the United States of America represented to the Court that the collateral identified on the citation was incorrect and thereafter filed an amended citation lowering the amount of the collateral due.

In light of the corrected collateral amount and Defendant's overpayment, the Court ORDERS that a refund be issued to Defendant in the amount of $136.00.

IT IS SO ORDERED.

Dated: **February 12, 2025**

UNITED STATES MAGISTRATE JUDGE